UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES QUINN, FAHMIA, INC., and PRINZO & ASSOCIATES, LLC, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>    -v-<br><br>JPMORGAN CHASE BANK, N.A., doing business as CHASE BANK, JPMORGAN CHASE & CO., and DOES 1 through 100,<br><br>      Defendants | 20-cv-4100 (JSR)<br>20-cv-4858 (JSR)<br><br><u>ORDER</u> |
| ROBIN JOHNSON d/b/a/ CG JOHNSON & COMPANY, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>    -v-<br><br>JPMORGAN CHASE BANK, N.A. d/b/a/ CHASE BANK and JPMORGAN CHASE & CO.,<br><br>      Defendants | |

JED S. RAKOFF, U.S.D.J.

  The Court hereby grants plaintiffs' motion to refile amended complaints in the above-captioned matters no later than July 8, 2020 at 12:00 pm.

  SO ORDERED.

Dated: New York, NY
    July 8, 2020

                  _____
                  JED S. RAKOFF, U.S.D.J.