UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBIN JOHNSON d/b/a CG JOHNSON & COMPANY; JAMES QUINN; FAHMIA, INC.; and PRINZO & ASSOCIATES, LLC; individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>   v.<br><br>JPMORGAN CHASE BANK, N.A., doing business as CHASE BANK; JPMORGAN CHASE & CO.; and DOES 1 through 100,<br><br>      Defendants. | 20-cv-4100 (JSR) |
| JAMES QUINN, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>   v.<br><br>SIGNATURE BANK; and DOES 1 through 100,<br><br>      Defendants. | 20-cv-4144 (JSR) |
| FAHMIA, INC., individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>   v.<br><br>MUFG AMERICAS HOLDING CO.; MUFG UNION BANK, N.A.; and DOES 1 through 100,<br><br>      Defendants. | 20-cv-4145 (JSR) |

| | |
|---|---|
| FAHMIA, INC., individually and on behalf of all others similarly situated,<br><br>                        Plaintiff,<br><br>                v.<br><br>CITIBANK, N.A.; CITIGROUP INC.; and DOES 1 through 100,<br><br>                        Defendants. | 20-cv-4146 (JSR) |
| ROBIN JOHNSON d/b/a CG JOHNSON & COMPANY; JAMES QUINN; FAHMIA, INC.; and PRINZO & ASSOCIATES, LLC, individually and on behalf of all others similarly situated,<br><br>                        Plaintiff,<br><br>                v.<br><br>JPMORGAN CHASE BANK, N.A., d/b/a CHASE BANK; and JP MORGAN CHASE & CO.,<br><br>                        Defendants. | 20-cv-4858 (JSR)<br><br>**NOTICE OF JOINT MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND LACK OF SUBJECT-MATTER JURISDICTION** |

       PLEASE TAKE NOTICE that upon (i) the Joint Memorandum of Law in Support of Defendants' Motion to Dismiss for Failure to State a Claim and Lack of Subject-Matter Jurisdiction, along with the accompanying Declaration of Andrew Soukup and the exhibits thereto and the Declaration of Sylvia E. Simson and the exhibit thereto, (ii) Defendants MUFG Americas Holdings Corporation and MUFG Union Bank, N.A.'s Supplemental Memorandum of Law in Further Support of their Motion to Dismiss, along with the accompanying Declaration of Kirsten Hakes and the exhibits thereto, the Declaration of Ernesto Ibarra, and the Declaration of Ashley M. Simonsen and the exhibits thereto, (iii) Defendant Signature Bank's Supplemental Memorandum of Law in Further Support of its Motion to Dismiss, and (iv) all prior papers and

proceedings herein, all Defendants in the above-captioned cases, by their undersigned counsel, shall move the Court, before the Honorable Jed S. Rakoff, Courtroom 14B, at the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, NY, at oral argument currently set for 11:00 a.m. on August 7, 2020, for an order (i) dismissing, pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, the claims asserted by Plaintiffs Fahmia Inc. and Prinzo & Associates, LLC against Defendants JPMorgan Chase Bank, N.A., JPMorgan Chase & Co, Citibank, N.A., Citigroup Inc., MUFG Union Bank, N.A., and MUFG Americas Holdings Corporation, and (ii) dismissing with prejudice, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, all other claims asserted by all Plaintiffs in their Complaints.

    PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's June 23, 2020 Order (Dkt. 35), Plaintiffs' opposition papers, if any, must be served and filed on or before July 24, 2020, and Defendants' reply papers, if any, must be served and filed on or before July 31, 2020.

Dated:  July 10, 2020

Respectfully submitted,

**COVINGTON & BURLING LLP**
By: /s/ Andrew Soukup*
    Andrew Soukup

    Andrew Soukup (*pro hac vice*)
    S. Conrad Scott
    Calvin Cohen
    850 Tenth Street, NW
    Washington, DC 20001
    (202) 662-6000
    asoukup@cov.com
    cscott@cov.com
    ccohen@cov.com

    Ashley M. Simonsen (*pro hac vice*)
    Brittany L. Benjamin
    1999 Avenue of the Stars
    Los Angeles, CA 90067

       (424) 332-4800
       asimonsen@cov.com
       bbenjamin@cov.com

       *Attorneys for Defendants MUFG Union Bank, N.A., and MUFG Americas Holdings Corporation*

       **GREENBERG TRAURIG**
       By: /s/ Sylvia E. Simson*
        Sylvia E. Simson

       Sylvia E. Simson
       Keith Hammeran
       Noah Lindenfeld
       200 Park Avenue, 39th Floor, Suite 39-36
       New York, NY 10166
       (212) 801-9275
       simsons@gtlaw.com
       hammerank@gtlaw.com
       lindenfeldn@gtlaw.com

       Paul J. Ferak (*pro hac vice*)
       77 West Wacker Drive, Suite 3100
       Chicago, IL 60601
       (312) 456-8400
       ferakp@gtlaw.com

       *Attorneys for Defendants JPMorgan Chase Bank, N.A., and JPMorgan Chase & Co.*

       **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
       By: /s/ Elizabeth Sacksteder*
        Elizabeth M. Sacksteder

       Elizabeth M. Sacksteder
       1285 Avenue of the Americas
       New York, NY 10019
       (212) 373-3000
       esacksteder@paulweiss.com

       *Attorney for Defendant Signature Bank*

       **MAYER BROWN LLP**
       By: /s/ Lucia Nale*

Lucia Nale

Christopher J. Houpt
1221 Avenue of the Americas
New York, NY 10020
(212) 506-2374
choupt@mayerbrown.com

Lucia Nale (*pro hac vice*)
Thomas V. Panoff (*pro hac vice*)
Christopher S. Comstock (*pro hac vice*)
Andrew J. Spadafora (*pro hac vice*)
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
lnale@mayerbrown.com
tpanoff@mayerbrown.com
ccomstock@mayerbrown.com
aspadafora@mayerbrown.com

*Attorneys for Defendants Citibank, N.A., and Citigroup Inc.*

\* *Signature used with permission pursuant to SDNY ECF Rule 8.5(b)*