UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBIN JOHNSON d/b/a CG JOHNSON & COMPANY; JAMES QUINN; FAHMIA, Inc.; and PRINZO & ASSOCIATES, LLC; individually, and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>JPMORGAN CHASE BANK, N.A., doing business as CHASE BANK; JPMORGAN CHASE & CO.; and DOES 1 through 100,<br><br>      Defendants. | 20-cv-4100 (JSR) |
| JAMES QUINN, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>SIGNATURE BANK; and DOES 1 through 100,<br><br>      Defendants. | 20-cv-4144 (JSR) |
| FAHMIA, Inc., individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>MUFG AMERICAS HOLDING CO.; MUFG UNION BANK, N.A.; and DOES 1 through 100,<br><br>      Defendants. | 20-cv-4145 (JSR) |

| | |
|---|---|
| FAHMIA, Inc., individually and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br><br>                      v.<br><br>CITIBANK, N.A.; CITIGROUP INC.; and DOES 1 through 100,<br><br>                      Defendants. | 20-cv-4146 (JSR) |
| ROBIN JOHNSON d/b/a CG JOHNSON & COMPANY; JAMES QUINN; FAHMIA, Inc.; and PRINZO & ASSOCIATES, LLC; individually, and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br><br>                      v.<br><br>JPMORGAN CHASE BANK, N.A., d/b/a CHASE BANK; and JP MORGAN CHASE & CO.,<br><br>                      Defendants. | 20-cv-4858 (JSR) |

**DECLARATION OF SYLVIA E. SIMSON
IN SUPPORT OF DEFENDANTS' MOTIONS TO DISMISS**

I, SYLVIA E. SIMSON, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1.     I am affiliated with the law firm Greenberg Traurig, LLP, attorneys for Defendant JPMorgan Chase Bank, N.A. and Specially Appearing Defendant JPMorgan Chase & Co. (together, "Chase") in Case Nos. 20-CV-4100 and 20-CV-4858 captioned above (the "Litigation"). As such, I am fully familiar with the facts and circumstances set forth herein.

2.     I make this declaration in support of Chase's Motion to Dismiss all claims asserted against it in the Litigation for failure to state a claim and lack of subject matter jurisdiction.

2. Attached as <u>Exhibit L</u> is a true and correct copy of a Note entered into between JPMorgan Chase Bank, N.A. and one of the borrowers identified as a client of Plaintiff James Quinn in the Complaints in Case Nos. 20-CV-4100 and 20-CV-4858 (the "Note").  This Note, which has been redacted by my firm due to confidentiality concerns and to protect the identity of the non-party borrower and other personal information regarding the loan, should be in the possession, custody, or control of Quinn and/or the borrower identified by Quinn.  I have been advised by JPMorgan Chase Bank, N.A. that this Note is an exemplar of notes entered into by Chase borrowers under the Paycheck Protection Program.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of July, 2020 in New York, New York.

*/s/ Sylvia E. Simson*

SYLVIA E. SIMSON

GREENBERG TRAURIG, LLP
200 Park Avenue, 39th Floor
New York, New York 10166
(212) 801-9275
simsons@gtlaw.com