UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBIN JOHNSON d/b/a CG JOHNSON & COMPANY; JAMES QUINN; FAHMIA, Inc.; and PRINZO & ASSOCIATES, LLC; individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>     v.<br><br>JPMORGAN CHASE BANK, N.A., doing business as CHASE BANK; and JPMORGAN CHASE & CO.,<br><br>      Defendants. | 20-cv-4100 (JSR) |
| JAMES QUINN, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>     v.<br><br>SIGNATURE BANK; and DOES 1 through 100,<br><br>      Defendants. | 20-cv-4144 (JSR) |
| FAHMIA, Inc., individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>     v.<br><br>MUFG AMERICAS HOLDING CO.; MUFG UNION BANK, N.A.; and DOES 1 through 100,<br><br>      Defendants. | 20-cv-4145 (JSR) |

| | |
|---|---|
| FAHMIA, Inc., individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>   v.<br><br>CITIBANK, N.A.; CITIGROUP INC.; and DOES 1 through 100,<br><br>      Defendants. | 20-cv-4146 (JSR) |
| ROBIN JOHNSON d/b/a CG JOHNSON & COMPANY; JAMES QUINN; FAHMIA, Inc.; and PRINZO & ASSOCIATES, LLC, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>   v.<br><br>JPMORGAN CHASE BANK, N.A., d/b/a CHASE BANK; and JP MORGAN CHASE & CO.,<br><br>      Defendants. | 20-cv-4858 (JSR) |
| TAX DIVAS, LLC, and WILLIAMS AND J BOOKKEEPING, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>   v.<br><br>J.P. MORGAN CHASE BANK,<br><br>      Defendant. | 20-cv-5311 (JSR) |

**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANTS' JOINT MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND LACK OF SUBJECT-MATTER JURISDICTION**

As permitted by the Court on August 18, 2020, Defendants in the above-captioned cases wish to bring the following new authority to the Court's attention in connection with the pending joint Motion to Dismiss: *Sport & Wheat, CPA, PA v. Servisfirst Bank, Inc., et al.*, Case No. 3:20-CV-05425-TKW-HTC (N.D. Fla. motion to dismiss decided Aug. 17, 2020) (Doc. No. 87).

Dated: August 18, 2020

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

By: /s/ Sylvia E. Simson*
    Sylvia E. Simson

Sylvia E. Simson
Keith Hammeran
Noah Lindenfeld
200 Park Avenue, 39th Floor, Suite 39-36
New York, NY 10166
(212) 801-9275
simsons@gtlaw.com
hammerank@gtlaw.com
lindenfeldn@gtlaw.com

Paul J. Ferak (*pro hac vice*)
ferakp@gtlaw.com
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
(312) 456-8400
ferakp@gtlaw.com

*Attorneys for Defendants JPMorgan Chase Bank, N.A.; and JPMorgan Chase & Co.*

**COVINGTON & BURLING LLP**

By: /s/ Andrew Soukup*
    Andrew Soukup

Andrew Soukup (*pro hac vice*)
S. Conrad Scott
Calvin Cohen
850 Tenth Street, NW
Washington, DC 20001
(202) 662-6000

asoukup@cov.com
cscott@cov.com
ccohen@cov.com

Ashley M. Simonsen (*pro hac vice*)
Brittany L. Benjamin
1999 Avenue of the Stars
Los Angeles, CA 90067
(424) 332-4800
asimonsen@cov.com
bbenjamin@cov.com

*Attorneys for Defendants MUFG Union Bank, N.A. and MUFG Americas Holdings Corporation*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: /s/ Elizabeth M. Sacksteder*
    Elizabeth M. Sacksteder

    Elizabeth M. Sacksteder
    1285 Avenue of the Americas
    New York, NY 10019
    (212) 373-3000
    esacksteder@paulweiss.com

*Attorney for Defendant Signature Bank*

**MAYER BROWN LLP**

By: /s/ Lucia Nale*
    Lucia Nale

    Christopher J. Houpt
    1221 Avenue of the Americas
    New York, NY 10020
    (212) 506-2374
    choupt@mayerbrown.com

    Lucia Nale (*pro hac vice*)
    Thomas V. Panoff (*pro hac vice*)
    Christopher S. Comstock (*pro hac vice*)
    Andrew J. Spadafora (*pro hac vice*)
    71 South Wacker Drive

2

Chicago, IL 60606
(312) 782-0600
lnale@mayerbrown.com
tpanoff@mayerbrown.com
ccomstock@mayerbrown.com
aspadafora@mayerbrown.com

*Attorneys for Defendants Citibank, N.A.; and Citigroup Inc.*

*\* Signature used with permission pursuant to SDNY ECF Rule 8.5(b)*