**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROBIN JOHNSON d/b/a CG JOHNSON & COMPANY; JAMES QUINN; FAHMIA, Inc.; and PRINZO & ASSOCIATES, LLC; individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> JPMORGAN CHASE BANK, N.A., doing business as CHASE BANK; and JPMORGAN CHASE & CO., <br><br> Defendants. | 20-cv-4100 (JSR) |
| JAMES QUINN, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> SIGNATURE BANK; and DOES 1 through 100, <br><br> Defendants. | 20-cv-4144 (JSR) |
| FAHMIA, Inc., individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> MUFG AMERICAS HOLDING CO.; MUFG UNION BANK, N.A.; and DOES 1 through 100, <br><br> Defendants. | 20-cv-4145 (JSR) |

FAHMIA, Inc., individually and on behalf of all
others similarly situated,

                    Plaintiff,

          v.                                          20-cv-4146 (JSR)

CITIBANK, N.A.; CITIGROUP INC.; and DOES 1
through 100,

                    Defendants.

ROBIN JOHNSON d/b/a CG JOHNSON &
COMPANY; JAMES QUINN; FAHMIA, Inc.; and
PRINZO & ASSOCIATES, LLC, individually and on
behalf of all others similarly situated,

                    Plaintiff,
                                                      20-cv-4858 (JSR)
          v.

JPMORGAN CHASE BANK, N.A., d/b/a CHASE
BANK; and JP MORGAN CHASE & CO.,

                    Defendants.

TAX DIVAS, LLC, and WILLIAMS AND J
BOOKKEEPING, individually and on behalf of all
others similarly situated,

                    Plaintiffs,
                                                      20-cv-5311 (JSR)
          v.

J.P. MORGAN CHASE BANK,

                    Defendant.

**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF
DEFENDANTS' JOINT MOTION TO DISMISS FOR FAILURE TO
STATE A CLAIM AND LACK OF SUBJECT-MATTER JURISDICTION**

As permitted by the Court on August 18, 2020, Defendants in the above-captioned cases wish to bring the following new authority to the Court's attention in connection with the pending joint Motion to Dismiss: *Sport & Wheat, CPA, PA v. Servisfirst Bank, Inc., et al.*, Case No. 3:20-CV-05425-TKW-HTC (N.D. Fla. motion to dismiss decided Aug. 17, 2020) (Doc. No. 87).

Dated: August 18, 2020

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

By: /s/ Sylvia E. Simson*
    Sylvia E. Simson

    Sylvia E. Simson
    Keith Hammeran
    Noah Lindenfeld
    200 Park Avenue, 39th Floor, Suite 39-36
    New York, NY 10166
    (212) 801-9275
    simsons@gtlaw.com
    hammerank@gtlaw.com
    lindenfeldn@gtlaw.com

    Paul J. Ferak (*pro hac vice*)
    ferakp@gtlaw.com
    77 West Wacker Drive, Suite 3100
    Chicago, IL 60601
    (312) 456-8400
    ferakp@gtlaw.com

    *Attorneys for Defendants JPMorgan Chase Bank, N.A.; and JPMorgan Chase & Co.*

**COVINGTON & BURLING LLP**

By: /s/ Andrew Soukup*
    Andrew Soukup

    Andrew Soukup (*pro hac vice*)
    S. Conrad Scott
    Calvin Cohen
    850 Tenth Street, NW
    Washington, DC 20001
    (202) 662-6000

1

asoukup@cov.com
cscott@cov.com
ccohen@cov.com

Ashley M. Simonsen (*pro hac vice*)
Brittany L. Benjamin
1999 Avenue of the Stars
Los Angeles, CA 90067
(424) 332-4800
asimonsen@cov.com
bbenjamin@cov.com

*Attorneys for Defendants MUFG Union Bank, N.A.*
*and MUFG Americas Holdings Corporation*

**PAUL, WEISS, RIFKIND, WHARTON &**
**GARRISON LLP**

By:  /s/ Elizabeth M. Sacksteder*
      Elizabeth M. Sacksteder

      Elizabeth M. Sacksteder
      1285 Avenue of the Americas
      New York, NY 10019
      (212) 373-3000
      esacksteder@paulweiss.com

*Attorney for Defendant Signature Bank*

**MAYER BROWN LLP**

By:  /s/ Lucia Nale*
      Lucia Nale

      Christopher J. Houpt
      1221 Avenue of the Americas
      New York, NY 10020
      (212) 506-2374
      choupt@mayerbrown.com

      Lucia Nale (*pro hac vice*)
      Thomas V. Panoff (*pro hac vice*)
      Christopher S. Comstock (*pro hac vice*)
      Andrew J. Spadafora (*pro hac vice*)
      71 South Wacker Drive

2

Chicago, IL 60606
(312) 782-0600
lnale@mayerbrown.com
tpanoff@mayerbrown.com
ccomstock@mayerbrown.com
aspadafora@mayerbrown.com

*Attorneys for Defendants Citibank, N.A.; and
Citigroup Inc.*

*\* Signature used with permission pursuant to
SDNY ECF Rule 8.5(b)*