# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
ROBIN JOHNSON d/b/a CG JOHNSON &
COMPANY; JAMES QUINN; FAHMIA, INC.;
and PRINZO & ASSOCIATES, LLC, individually
and on behalf of all others similarly situated,      20 **CIVIL** 4100 (JSR)
                      Plaintiffs,

       -against-

JPMORGAN CHASE BANK, N.A., doing business
as CHASE BANK and JPMORGAN CHASE & CO.,
                      Defendants.
------------------------------------------------------------X
JAMES QUINN, individually and on behalf of all
others similarly situated,
                      Plaintiff,      20 **CIVIL** 4144 (JSR)

       -against-

SIGNATURE BANK; and DOES 1 through 100,
                      Defendants.
------------------------------------------------------------X
FAHMIA, INC., individually and on behalf of all
others similarly situated,
                      Plaintiff,      20 **CIVIL** 4145 (JSR)

      -against-

MUFG AMERICAS HOLDING, CO., MUFG
UNION BANK N.A., and DOES 1 THROUGH
100,
                      Defendants.
------------------------------------------------------------X
FAHMIA, INC., individually and on behalf of all
others similarly situated,
                      Plaintiff,      20 **CIVIL** 4146 (JSR)

      -against-

CITIBANK, N.A.; CITIGROUP INC.; and DOES
1 through 100,
                      Defendants.
------------------------------------------------------------X

```
-----------------------------------------------------------------X
```
ROBIN JOHNSON d/b/a CG JOHNSON &
COMPANY; JAMES QUINN; FAHMIA, INC.;
and PRINZO & ASSOCIATES, LLC, individually
and on behalf of all others similarly situated,

                  Plaintiffs,        20 **CIVIL** 4858 (JSR)

     -against-

JPMORGAN CHASE BANK, N.A., doing
business as Chase Bank and JPMORGAN
CHASE & CO.,
                  Defendants.
```
-------------------------------------------------------------X
```
TAX DIVAS, LLC; and WILLIAMS AND J
BOOKKEEPING, and on behalf of all others
similarly situated,

                  Plaintiffs,        20 **CIVIL** 5311 (JSR)
                                                            **JUDGMENT**

     -against-

J.P. MORGAN CHASE BANK
                  Defendant.
```
-------------------------------------------------------------X
```

        It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 21, 2020, Citi's and Union's 12(b)(1) motions to dismiss Fahmia's claims are granted for lack of subject matter jurisdiction and Chase's and Signature's 12(b)(6) motions to dismiss are granted for failure to state a claim. Judgment is entered in favor of defendants.

**Dated:**  New York, New York
         September 22, 2020

                                                                      **RUBY J. KRAJICK**

                                                                      **Clerk of Court**
                                     **BY:**     *K. Mango*

                                                                        **Deputy Clerk**